Cite as 2021 Ark. 86
# SUPREME COURT OF ARKANSAS

Opinion Delivered: April 15, 2021

IN RE ARKANSAS SUPREME COURT
COMMISSION ON CHILDREN,
YOUTH, AND FAMILIES

**PER CURIAM**

Mischa Martin, Director of the Division of Children and Family Services, and Lekita Thomas, Director of United Family Services, are appointed to the Arkansas Supreme Court Commission on Children, Youth, and Families for a three-year term to expire on December 31, 2024. We thank them for their willingness to serve on this important commission.

The court expresses its gratitude to outgoing member, Madelyn Keith, for her years of valuable service to this commission.